```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**TORRANCE C. PILGRIM,**

      Petitioner,

  vs.                                  **Civil Action 2:10-CV-761**
                                        **Judge Marbley**
                                        **Magistrate Judge King**

**WARDEN, HOCKING CORRECTIONAL FACILITY,**

      Respondent.


<u>**ORDER**</u>

    Plaintiff has filed a motion for a second extension of time until March 12, 2012, in which to file objections to the *Report and Recommendation*, Doc. No. 18, and a motion for judicial notice. Doc. No. 22. Plaintiff's motion, Doc. No. 22, is **GRANTED in part** to the extent that plaintiff may have until February 13, 2012 to file objections to the *Report and Recommendation*, but **DENIED** in all other respects.


<u>January 10, 2012</u>                            <u>*s/Norah McCann King*</u>
                                                  Norah McCann King
                                        United States Magistrate Judge