IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TORRANCE C. PILGRIM,

    Petitioner,                                  CASE NO. 2:10-CV-761
                                                     JUDGE MARBLEY
    v.                                                   MAGISTRATE JUDGE KING

FRANCISCO PINEDA, WARDEN,

    Respondent.

## OPINION AND ORDER

On November 4, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (Doc. 18). Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT.**

                                                                   s/Algenon L. Marbley
                                                                   ALGENON L. MARBLEY
                                                                   United States District Judge