**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**TORRANCE C. PILGRIM,**

    Petitioner,           CASE NO. 2:10-CV-761  
                                   JUDGE MARBLEY  
    v.                            MAGISTRATE JUDGE KING

**FRANCISCO PINEDA, WARDEN,**

    Respondent.

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 21, 2012 Order, the Court ADOPTED and AFFIRMED the Report and Recommendation.  This case is DISMISSED.

Date:  **February 21, 2012**           James Bonini, Clerk

                                               s/Betty L. Clark  
                                           Betty L. Clark/Deputy Clerk