IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TORRANCE C. PILGRIM,**

    Petitioner,

  vs.                          Civil Action 2:10-CV-761
                                   Judge Marbley
                                   Magistrate Judge King

**WARDEN, HOCKING CORRECTIONAL FACILITY,**

    Respondent.

<u>**ORDER**</u>

On February 21, 2012, this Court adopted and affirmed, without objection, the Magistrate Judge's November 4, 2011 recommendation that this habeas corpus action be dismissed. *Order*, Doc. No. 24, 2012.  Final judgment was entered that same date. *Clerk's Judgment,* Doc. No. 25. This matter is now before the Court on petitioner's February 28, 2012 objection to the order adopting the *Report and Recommendation*. *Objection*, Doc. No. 26.

In his motion, petitioner contends that he was granted an extension to March 12, 2012 in which to file objections to the *Report and Recommendation*. Petitioner is mistaken. His motion requesting such an extension was granted only in part: objections to the *Report and Recommendation* were due no later than February 13, 2012. *Order*, Doc. No. 23. Because no objections were filed by that date, the February 21, 2012 order adopting the *Report and*

*Recommendation* was not entered in error.

Petitioner's objection, Doc. No. 26, is therefore **DENIED**.

s/Algenon L. Marbley  
Algenon L. Marbley  
United States District Judge